IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM S. MACELVAINE, #23022335, Plaintiff, | § § § § | |
| v. | § § | No. 3:24-cv-00213-K (BT) |
| UNKNOWN DEFENDANT, Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action is **REMANDED** sua sponte for lack of jurisdiction to the 195th Judicial District Court in Dallas County, No. F-23-12179.

SO ORDERED.

Signed February 27th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE